| | |
|---|---|
| 8,998.00 | 1 — 2 sets Tonnecraft Cookware - basic set - 4,499.00 |
| 399.00 | 2 — 1 - 5 piece ~~bask~~ bakeware - Tonnecraft 399.00 |
| 2,999.00 | 3 - 1 Set TonneCraft - twenty piece set - cutlery ~~3,798.00~~ 2,999.00 |
| 199.00 | 4 — 1 - Frigidaire stove |
| 369.00 | 5 - 1 - Frigidaire microwave |
| no picture 594.00 | 6 - 1 - Frigidaire dishwasher |
| 350.00 N.P. | 7 — 1 small omelet pan - Tonnecraft |
| 450.00 N.P. | 8 - 1 large omelet pan - Tonnecraft |
| 899.95 | 9 - 1 - antique oak dresser T.V. sat on it |
| 499.45 | 10 - 1 - Bose clock radio |
| 265.00 | 11 - 1 - antique oak wash stand |
| 480.00 | 12 - 10 or 12 old cast iron skillets - 40. each |
| 198.00 N.P. | 13 - old pressure cooker - "Canner" |
| ~~11~~ 34.95 N.P. | 14 - 1 - old cast iron dutch oven |
| 200.00 N.P. | 15 - 5 old cast iron irons - 40 each - ~~grandmother~~ |
| 400.00 386.00 N.P. | 16 - 1 old cast iron iron - grandmother gave to me - |
| 12.00 N.P. | 17 - 1 set pillows |
| 59.31 | 18 - 1 set Queen sheets |
| 69.31 | 19 - 1 set King sheets |
| 90.28 | 20 - 4 King size blankets 22.72 |
| 19.88 | 21 - 1 shower curtain |
| 34.95 | 22 - 1 King mattress ~~pads~~ pad |
| 54.99 | 23 - 1 King set bed spread |
| 124.82 | 24 - 9 pair curtains - living room + bedroom dinning + Kitchen |
| 800.00 N.P. | 25 - 1 table - pine in bedroom with t.v. |
| 108.00 | 26 - 1 T.V. |
| 168.00 N.P. | 27 - 3 bundles of material 14 yds - 4.00 each |

CAL. EXHIBIT
" A "

99.94 28 - 2 lamps 29.93 + 19.94 each 49.87
399.00 29 - 1 AKK drone + tank - AP 10 Pro
1,599.00 30 - 1 Couch
1,399.00 31 - 1 love seat
15.00 NP. 32 - 1 kitchen mixer set
1,148.00 33 - 2 Tulins mattress 514.00 each set
813.00 34 - 1 Queen mattress set
99.00 NP. 35 - 1 antique wood roll up bread box
200.00 NP. 36 - 20 antique corkbooks 10.00 each
1,499.95 37 - 1 dresser in bed room
189.95 38 - 1 nite stand to match
1,444.40 NP. 39 - 10 Curtain rods _ 144.44 each
90.00 NP. 40 - 1 big wood curtain rod - dinning room.
~~367.00~~ 738.00 41 - 2 laptops _ 369 each
438.51 42 - 1 play station
200.00 43 - 4 old dish pans 50.00 each
500.00 44 - among Clothes and shoes
80.00 45 - 4 sets of dishes 20.00 each -
500.00 46 - old dishes
350.00 47 - 1 Towncraft small omelet pan 350.00
450.00 48 - 1 Towncraft large omelet pan
~~49 - 1 set Towncraft~~
144.99 49 - 1 pair Rocky ~~boots~~ Boots new
29.00 50 - 1 Hunting knive _
250.00 NP 51 - 1 gun _ 22 Ruger _ 10 22 with scope
I took all the lights _ all the ~~fance~~ faucets
Broke in two doors _ side door and back door

"1 remote control to heater"