**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**HAYES HUNT**                                                                       **PLAINTIFF**

v.                                            **CIVIL ACTION NO. 1:20-CV-0208-SA-RP**

**STEVE C. GLADNEY, in his official
capacity; OKTIBBEHA COUNTY,
MISSISSIPPI; BRITTANY ALLEN
BEARD; BRADLEY BEARD**                                        **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL

Hayes Hunt; Steve C. Gladney, in his official capacity; Oktibbeha County, Mississippi; Brittany Allen Beard, and Bradley Beard, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that all of the claims in this lawsuit are hereby dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: March 29, 2022

                                              Respectfully Submitted,

                                              /s/ Ronald W. Lewis
                                              Ronald W. Lewis (Bar No. 1242)
                                              Counsel for Hayes Hunt

                                              /s/ Robert J. Dambrino
                                              Robert J. Dambrino III (Bar No. 5783)
                                              Counsel for Steve C. Gladney and
                                              Oktibbeha County, Mississippi

                                              /s/ Charles E. Winfield
                                              Charles E. Winfield (Bar No. 10588)
                                              Counsel for Brittany Allen Beard and
                                              Bradley Beard